No. 02–6595. RUIZ RIVERA *v.* TREVI CARIBE, INC. Sup. Ct. P. R. Certiorari denied.

No. 02–6596. DANTZLER *v.* VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–6597. CLARKE *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–6601. LEONARD *v.* CORNYN, ATTORNEY GENERAL OF TEXAS, ET AL. Ct. App. Tex., 3d Dist. Certiorari denied.

No. 02–6604. GORDON *v.* SHETH ET AL. C. A. 4th Cir. Certiorari denied.

No. 02–6608. DELA CRUZ *v.* KAUAI COUNTY, HAWAII, ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–6612. DAVIS *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 02–6615. BRYANT *v.* CITY OF BESSEMER, ALABAMA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–6618. ANDERSON *v.* GENERAL MOTORS CORP. Sup. Ct. Del. Certiorari denied.

No. 02–6619. O'CONNOR *v.* NORTHSHORE INTERNATIONAL INSURANCE SERVICES, INC., ET AL. C. A. 1st Cir. Certiorari denied.

No. 02–6627. POINTER *v.* ST. LOUIS COUNTY SPECIAL SCHOOL DISTRICT. C. A. 8th Cir. Certiorari denied.

No. 02–6634. STRINGER *v.* AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA ET AL. Ct. App. Miss. Certiorari denied.

No. 02–6640. HERBERT *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.